# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
Eastern District of Oklahoma
P. O. Box 607
MUSKOGEE, OKLAHOMA 74402-0607

PATRICK KEANEY     TELEPHONE
Clerk     (918) 684-7920

October 3, 2019

James Ezell, III 237370
Davis Correctional Facility
6888 E. 133rd Rd
Holdenville, OK 74848

    RE: CIV-19-302-JHP-SPS

Dear Mr. Ezell,

    We are providing you with USM-285 forms to complete for each of the named defendants. Please make sure the address for each defendant is correct when you fill out the forms and sign and date each one. Please return the forms within (10) days or by 10/14/19. Your prompt attention is appreciated.

                Sincerely,
                Patrick Keaney, Clerk


                By: s/ a green
                      Deputy Clerk



PK/ag

Enclosures