# GRIEVANCE RETURNED UNANSWERED

Received:

_James Ezell III_
**Inmate signature**

_10-9-19_
**Date**

**DATE:** October 7, 2019
**TO:** Ezell, James, #237370
**FROM:** James Yates, Warden
**Received:** September 17, 2019
**RE:** Return of Grievance # 2019-1001-00343-G

## _YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☒ You have not filed your grievance within the specified time frame. _(CANNOT RESUBMIT)_

☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

☒ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☒ An __ANSWERED__ Request to Staff form addressed to the __correct staff member__ must be attached.

☒ The **Request to Staff** issue is not consistent with the issue requested on the **Grievance**.

☐ __Inmate Request forms are not utilized in the Grievance Process.__

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be __legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.__ No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☒ The **Grievance and Request to staff** must be specific as to the __Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected__.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with __a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."__

☒ Only __ONE ISSUE OR INCIDENT__ is allowed per **Grievance** and **Request to Staff.**

☒ You are on __Grievance Restriction__, proper documentation was not included.

☐ It has been determined that the grievance is not of an __Emergency or Sensitive__ nature. The grievance is being returned and you must comply with the standard grievance process.

Note: Plaintiff grievances was verified by mailroom Supervisor other prison official involved threaten from Deputy Warden Deposition EXHIBIT 13 a other documents proof

EXHIBIT 13a) 1

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

   ☐ (a) about matters that are in the course of litigation;

   ☐ (b) about matters that include requests for disciplinary action against staff;

   ☐ (c) requesting monetary compensation; or

   ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

---

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: *__You received the answered RTS on 8/21/19 and the grievance was not received in the Warden's office until 9/17/19. More than 15 days, cannot resubmit. Your request to staff is unclear to your request. The grievance does not match with your RTS.__*

EXHIBIT 13-b

EXHIBIT 13a) 2

*Terry Underwood*

RECEIVED
SEP 17 2019

INMATE/OFFENDER GRIEVANCE

GRIEVANCE

Grievance no. **2019-1001-00343-G**

Grievance code: **6**

Response due: **10/7/19**

**DO NOT WRITE ABOVE THIS LINE**

| | | | |
|---|---|---|---|
| Date | 8-28-19 | Facility or Unit | O.C.F/Echo |
| Name | James Ezell | Facility Housing Unit | Echo Charlie-102 |
| | (Print) | | |
| DOC Number | 237370 | Date "Request to Staff" response received: | 8-23-19 |

Have you previously submitted a grievance on this same issue? _____ If yes, what date _____, facility _____, grievance # _____. You must submit this completed original within <u>15 days</u> of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 6-24-2019 under direction of Mr. Yates Grievance Coord. threaten offender Ezell with grievance restriction. therefore, my R.T.S was addressed to Warden Yates on 7-31-19 step of OP-090124
As an offender housed on Echo Unit the denial of OP-030115 affects offenders "/ OFFENDER JAMES EZELL in OP-090124 et. al. First Amendment Right of U.S.C. Notary

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
Offender spoke with Echo Charlie 4m staff about Law Library 7-11-19
addressed Echo 4m Ack about Law Library 7-28-19
offender has continued to obtain the same access to court as medium yard Law Library from Law Library Supervisor Ms. Patterson 7-18-19
A.W. Perez on issue 8-22-19

3.  The action you believe the reviewing authority may lawfully take.
Per OP-090124 D.O.C policy the appropriate staff is suppose to respond to inmate request/ Request to Staff Reviewing Authority can not intentionally place offender on Grievance Restriction because submitted IR, R.T.S, as policy suggest OP-090124.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

| | |
|---|---|
| Name  JAMES YATES | Title  WARDEN |
| Signature of Grievant  James Ezell | Date Sent to Reviewing Authority  8-28-19 |

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

Note: Grievance Coordinator returned 9-12-19 unlogged) Ms. Underwood

EXHIBIT 13-C

EXHIBIT 13a) 3

Fwd to A.W. Gentry

RECEIVED
AUG 0 2019
BY:

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: __Warden Yates__   FACILITY/UNIT: __D.C.F__   DATE: __7-31-19__
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: __N/A__ facility: __NP8__ grievance #: ____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I have filed a number of Inmate Request first step R.T.S. the
second step and grievance which you and Gentry has signed off
on concerning denial of O.D.O.C Policy for all offenders housed at
D.C.F by Ms Patterson Law Library Supervisor, Law Clerk and retaliation→

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

offenders on Echo Max Stop being denied DP-090124 and DP-030115 policys
of ODOC here at D.C.F

NAME: __James Ezell III__ DOC NUMBER: __237370__ UNIT & CELL NUMBER: __EC-162__
(PRINT)
SIGNATURE: __James Ezele III__ WORK ASSIGNMENT: ____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:
Unclear on action requested. If you are asking for a copy of the policy,
fill out an offender request and a disbursement form so you can
pay for the copy. Otherwise, restate your action requested.

STAFF MEMBER                    DATE  8/14/19

RECEIVED
SEP 17 2019
Date response sent to inmate/offender  GRIEVANCE  AUG 21 2019
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

EXHIBIT 13 d

EXHIBIT 13a) 4

→ because I filed grievances and henderance by Echo Unit Team C/m Ade C/m Pfaff C/o Ms. Pierce C/o Vance in addytion C/o Adkin, C/o Bullock and Ms Terry Underwood all connected to Echo Charlie Law Library Cages OP-030115 grievances filed some granted some denied as offender Ezell First Sixth Eighth and Fourteenth Amendment Right continue to be violated, No Administrative Remedy is Available



RECEIVED
SEP 17 2019
GRIEVANCE

I certify offender James Ezell of O.D.O.C provided a true copy of D.O.C R.T.S to DcF mailRoom staff on 31th of July 2019 pursuant to tit 21 O.S. § 491 for Law Library supervisor D.C.F Mc Patterson filing, under penalty of perjury

/s/ James Ezell
Copy 1 of 2

EXHIBIT 13e

EXHIBIT 13a) cont. 4

# ·Misconduct/Grievance Appeal To Administrative Review Authority

Inmate Name: _James Ezell_     DOC Number: _237370_

Facility Where Offense/Grievance Occurred:
_D.C.F Echo_     Offense Code: _6_

Date of misconduct violation: _____

☐ Facility Misconduct Appeal Number     ☑ Facility Grievance Appeal Number
_____     _19-1001-00343-G_

I received the response of the reviewing authority at the facility on: _10-9-19_

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary). Your appeal will be returned to you unanswered if any other pages are submitted.

☑ Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision. (you must clearly state the newly discovered/available evidence); or

☑ Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

**Response:**

_____

_____

_____

_____

_____

_____

_____

_____

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the Administrative Review Authority or Chief Medical Officer, and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

_James Ezell_     _10-11-19_
Signature of Inmate     Date

DOC 060125V (R 4/17)

EXHIBIT 13 f
back side

EXHIBIT 13a) 6
cont back

Newly discovered/available evidence not considered:

First, on August. 29, 2019 prisoner Ezell #237370 provided grievance # through D.C.F mailroom Supervisor Ms. West verified to G.C. Ms. Underwood

Secondly, on Sept. 12, 2019 this grievance and 2 other submitted was returned in regalur mail on Echo C/o Kiner worked unit verified grievances in violation of OP-090124 privileges mail procedure additional proof available

Third, once D.W. Gentry walked thur on Sept. 13, 2019 prisoner Ezell advised him about Ms. Underwood returning grievances in regalur mail Sept. 12, 2019 C/o Kiner verified and logged

Fourth, Once Echo Mon Notary Public Ms. Hoover denied Notary of Grievance Restriction Affidavit this denied D.O.C OP-030115 and OP-090124 making offender grievance procedure Unavailable

Probable errors committed by the reviewing authority

Prisoner Ezell recieved R.T.S on 8-23-19 and on 8-29-19 grievances was submitted through D.C.F mailroom verified returned in regalur mail 9-12-19 verified violating prisoner Ezell substantial due process right and OP-090134 attached affidavit Well within 15day

Next, G.C. Underwood threaten prisoner with grievance on 6-24-19 again 7-1-19 directing prisoner Ezell to Warden Yates R.T.S address ——restriction—— to Warden Yates dates are specific and prisoner issue is of OP-090124 as one specific

Furthermore, prisoner Ezell grievance filed 8-29-19 on Ms. Hoover for denied Notary actually made prisoner OP-090124 unavailable at R.A Level by Warden Yates Deputy Warden Perez Deputy Warden Gentry and Ms. Terry Underwood deliberately! OP-090124 Grievance Restriction Require Notary Ms. Underwood directed Ms. Hoover not to Notarize prisoner Ezell document. So on 8-29-19 submitted grievance was timely, after being denied Notary of affidavit Deny prisoner First Amendment Right of U.S.C. and Due process!

Last, prisoner Ezell submitted 19-1001-0342 on 8-29-19 and 19-1001-00343 as well as 19-1001-00344 after Ms. Hoover denied Notary on prisoner Ezell grievance restriction affidavit under Ms. Underwood direction to prevent prisoner Ezell grievance From filing grievances on denied access to courts then Retaliation by D.C.F official..

Prisoners Ezells First, Sixth, Eighth and Fourteenth Amendment Right continue to be violated by D.C.F Core Civic private prisons substantial due process

Prisoner Ezell had a right to Notary of documents per OP-030115 and was placed on grievance restriction by Warden Yates 8-7-19 G.C. Ms. Underwood told Ms. Hoover not to provide notary.. OP-090124 required Notary..

I-James Ezell affiant states under penalty of perjury on that 8-29-19 grievances 19-00342, 19-00343 and 19-00344 was provided to Mailroom Supervisor for Ms. Underwood verified this Notary affidant is true and correct pursuant to 28 U.S.C. 1746 10-14-19

IS/ James Ezell ———— mailed 10-15-19 ———— P

Subscribed and Sworn to this ____ of ____ 2019

Notary Public _____ Commission _____

Copy 3of2

# GRIEVANCE RETURNED UNANSWERED

Received:

_James Ezell_
**Inmate signature**

_10-9-19_
**Date**

DATE:     October 7, 2019
TO:       Ezell, James, #237370
FROM:    James Yates, Warden
Received:   September 17, 2019
RE:       Return of Grievance # 2019-1001-00344-G

_YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☒   You have not filed your grievance within the specified time frame.   _(CANNOT RESUBMIT)_

     ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

     ☒ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☐   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected.**

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☒   You are on **Grievance Restriction,** proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

Note: Once Ms. Hoover denied Notary Emergency Grievance Filed 8-27-19 submitted 8-29-19 mailroom Supervisor Ms. West on 9-12-19 c/o Kinner signed proof Ex. 12a) 4, 13a) 5 violation of First Amendment Rights    EXHIBIT 14 a

EXHIBIT 14a) 1

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐
☐ a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit a grievance form within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The grievance form must be proper, complete, and submitted to the proper reviewing authority. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: _**You received the answered RTS on 8/15/19 and the grievance was not received in the Warden's office until 9/17/19. More than 15 days, cannot resubmit.**_

EXHIBIT 14g) 2

Terry Underwood

INMATE/OFFENDER GRIEVANCE

**RECEIVED**

SEP 17 2019

**GRIEVANCE**

Grievance no. 2019-1001-00344 G

Grievance code: 3

Response due: 10/7/19

DO NOT WRITE ABOVE THIS LINE

| | | | |
|---|---|---|---|
| Date | Aug. 28, 2019 | Facility or Unit | D.C.F / Echo |
| Name (Print) | James Ezell | Facility Housing Unit | Echo Charlie - 102 |
| DOC Number | 237370 | Date "Request to Staff" response received: | 8-20-19 |

Have you previously submitted a grievance on this same issue? ——— If yes, what date ———, facility ———, grievance # ———. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 7-18-19 inmate request submitted to C/O Ms. Pierce (no) response; On 7-21-19 R.T.S submitted to appropriate staff member Ms C/O Pierce (no) response as it relates to retaliation by a number of personnel employees. I was affected by denial of a chair in the cages on Echo used for Law Library even after I asked video footage times listed. —Attached R.T.S—

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. On July 18, 2019 I asked C/O Ms. Pierce she acted as if she was bother 8:38 am on July 18, 2019 I asked C/O Ms Patterson Law Library Supervisor she stated ask your Unit C/O on July 18, 2019 abt 902am I asked C/O Vance at Echo Charlie desk he stated ask your Unit C/O I stated I did. abt 903 I asked C/O Bullock finally later that day C/O Vance provided a chair

3.  The action you believe the reviewing authority may lawfully take. A chair should have been provided then at that moment instead of been denied by a number of staff in retaliation because there are chairs in the Law Library on the medimum yard Echo Max should be provided with the same opportunity as Medimum Yard ——> SAME EXACT OPPORTUNITY —

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):

| | |
|---|---|
| Name JAMES YATES | Title WARDEN |
| Signature of Grievant *James Ezell* | Date Sent to Reviewing Authority 8-28-19 |

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

EXHIBIT 14-2

Note Grievance Coordinator returned 9-12-19 (unlogged) Ms Underwood 00342, 00343, and 00344

EXHIBIT 14a) 3

RECEIVED
SEP 17 2019
GRIEVANCE

STATE OF OKLAHOMA )
COUNTY OF Hughes )

SWORN AFFIDAVIT OF JAMES EZELL

I James Ezell being of lawfull age duly sworn according
to law gives the following statement under oath to-wit:

1. On August 27th 2019 Echo Hoover refused to Notary D.C.F
grievance restriction stating Ms Underwood told her not too, time abt.
11:45

FWD to S/S Person

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: C/o Pierce Ms. C/o Pierce    FACILITY/UNIT: P.C.F    DATE: 7-21-19
(NAME AND TITLE OF STAFF MEMBER)

I have ✓ have not _____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 7-18-19    facility: D.C.F    grievance #: _____
I affirm that I do ____ do not ✓ have a grievance pending on this issue.
I affirm that I do ____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court:
This request _____ does _____ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

After two other attempts to address you. You placed me in Law Library
Cages on Echo Charlie at abt. 8:38 when I asked you for the chair that
was sitting by the desk you refused, stating ask the Law Library Supervisor
shortly after I did at 8:48 am Ms Patterson stated ask pod officer
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

Clearly state why you refused to provide me with a
chair when placing me in Law Library cage at 8:38 am knowing
one was not in the cage especially after I asked
                                                    Copy 1 of 2

NAME: James Ezell (PRINT)    DOC NUMBER: 237370    UNIT & CELL NUMBER: EC-102

SIGNATURE: James Ezer Jr    WORK ASSIGNMENT: _____

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
There will be a chair utilize for Law Library cages. If
there is not a chair in the cage Request one.

S/S Daush    8-6-19
STAFF MEMBER    DATE

SEP 1 7 2019
RECEIVED
GRIEVANCE

Date response sent to inmate/offender: James Ezell-237370. EC-102
AUG 15 2019
1. Original to file
2. Copy to inmate/offender  8-6-19

DOC 090124D (R 4/19)
EXHIBIT 14e

Bur. Nigh  8/20/19

EXHIBIT 14a) 4

# ·Misconduct/Grievance Appeal To Administrative Review Authority

Inmate Name: _James Ezell_        DOC Number: _23737_

Facility Where Offense/Grievance Occurred:        Offense Code: _3_
_Def Echo_

Date of misconduct violation: _____

☐ Facility Misconduct Appeal Number        ☑ Facility Grievance Appeal Number
_____        _19-1001-00344-G_

I received the response of the reviewing authority at the facility on: _10-9-19_

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary). Your appeal will be returned to you unanswered if any other pages are submitted. .

☑   Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☑   Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

**Response:**

_____

_____

_____

_____

_____

_____

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the Administrative Review Authority or Chief Medical Officer, and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

_James Ezell_                                _10-11-19_
Signature of Inmate                          Date

DOC 060125V (R 4/17)

Newly discovered/available evidence not considered

First, on August 29, 2019 prisoner Ezell # 237370 provided grievance #
through D.C.F mailroom Supervisors Ms. West verified to G.C. Ms. Underwood

Secondly, on Sept 12, 2019 this grievance and 2 others submitted was returned
in regular mail on Echo C/o Kiner worked unit verified grievances in violation of OP-090124
privilege mail procedure. additional proof available

Third, once D.W. Gentry walked thru on Sept. 13 2019 prisoner Ezell advised him about Ms. Underwood
returning grievances in regular mail Sept. 12, 2019 C/o Kiner verified and logged

Fourth, Once Echo Max Notary Public Ms. Hoover denied Notary of Grievance Restriction Affidavit this
denied D.O.C OP-03005 and OP-090124 making offender grievance procedure Unavailable !

Fifth, on September. 18, 2019 Ms. Underwood came to Echo Maximum Unit Echo Charlie 102 admitted
to telling Ms. Hoover not to Notarize grievance restriction affidavit then suggested that she could
make misconduct A.22 go away

Probable errors committed by the reviewing authority

[First,] prisoner Ezell was intentionally provided 3 grievances on [8-13-19] by R.A. Ms Underwood
19-00291 and 19-00299 also 19-00297 none had box section -D9- Program OP-090124 marked
grievance restriction however, on 8-15-19 the [mailroom Supervisor] was directed to provide prisoner
Ezell with letter from Warden Yates dated 8-9-19 grievance restriction ;

Secondly, D.C.F has assigned Ms. Hoover to Echo to provide Notary Deputy Warden Perez has directed
mailroom Supervisors not to Notary Max prisoner documents and Law Library has been directed not
to Notary of grievance restriction affidavit on 8-29-19 and 8-30-19 these 3 grievances were
submitted through Mailroom Supervisors Ms. West on [8-29-19] verified 19-1001-00342, 19-1001-00343
and 19-1001-00344 the return of these grievance by Ms. Underwood violates prisoner Ezell substantial
due process First and Fourteenth Amendment of U.S.C.

Third, after August. 15, 2019 prisoner Ezell was advised on Grievance Restriction per OP-090124 und
when prisoner Ezell submitted I.R. to Ms. Hoover for Notary she came to Echo charlie 102
provided Notary of other requested documents but when it came to prisoner Ezells
grievance restriction affidavit Ms. Hoover refused to Notarize that document deliberately
and intentionally stating you have filed a law suit on me before

Fourth, prisoner Ezell received the R.T.S on [8-30-19] in regular mail C/o on Unit verified by
Signature when prisoner Ezell received R.T.S. verification of submitted grievances on [8-29-19]
verification of returned grievances in regular mail on 9-16-19 from Ms. Underwood logged !

I James Ezell, affiant states under penalty of perjury on 8-29-19 grievances was
submitted to Ms West mailroom and verified for G.C. Ms. Underwood pursuant to 28 U.S.C. 1746
this instant affidavit is true and correct ISI /s/ James Ezell    mailed 10-15-19

Subscribed and Sworn to this _____ of _____ 2019

Notary Public ISI _____

Commission _____

| Grievances # | Dates | Description | Dates | Disposition |
|---|---|---|---|---|
| JCCC-18-60-ARA | 6-8-18 | 3-Comp Against Staff | 7-26-18 | + 20 day Notice |
| JCCC-18-60-G | 5-26-18 | 3-Comp Against staff | 6-5-18 | Unanswered |
| JCCC-18-60-G | 7-26-18 | 3-Comp Against Staff | 8-6-18 | + Actual Amended |
| D.C.F-19-00104-G | 2-25-19 | 6-Legal | 3-18-19 | Unanswered |
| D.C.F-19-00164-G | 3-19-19 | 6-Legal | 4-9-19 | Unanswered |
| ARA-DCF-19-00104-G | 4-19-19 | 6-Legal | 4-30-19 | Unanswered |
| D.C.F-19-00144-G | 3-20-19 | 3-Comp Against Staff | 4-9-19 | + Relief Granted |
| ARA-19-062-D.C.F-G | 3-5-19 | 6-Legal | 3-15-19 | Not Sensitive |
| D.C.F-19-00170-G | 3-28-19 | 3-Comp Against staff | 4-19-19 | Unanswered |
| D.C.F-ARA-19-00170 | 4-23-19 | 6-Legal | 5-23-19 | + Further Invest. |
| D.C.F-ARA-19-00170 | 6-24-19 | 6-Legal | 7-9-19 | + Relief Granted |
| ARA-18-00175-G | 8-8-19 | Emergency/Sensitive | 8-22-18 | Not Sensitive |
| D.C.F-19-00176-G | 4-2-19 | 6-Legal | 4-19-19 | Unanswered |
| D.C.F-19-00236-G | 4-19-19 | 3-Comp Against Staff | 6-6-19 | Unanswered |
| ARA-DC.F-19-00236-G | 6-9-19 | 3-Comp Against Staff | 8-7-19 | − Denied Relief |
| D.C.F-19-00254-G | 6-9-19 | 6-Legal | 6-24-19 | + Relief Granted |
| D.C.F-19-00255-G | 6-12-19 | 6-Legal | 6-24-19 | Unanswered |
| D.C.F-19-00267-G | 6-24-19 | 6-Legal | 7-1-19 | Unanswered |
| D.C.F-19-00268-G | 6-24-19 | 6-Legal | 7-1-19 | Unanswered |
| ARA-DC.F-19-00267-G | 7-2-19 | 6-Legal | 8-2-19 | − Denied Relief |
| ARA-DC.F-19-00268-G | 7-2-19 | 6-Legal | 8-2-19 | − Denied Relief |
| ARA-19-231-G | 7-22-19 | 6-Legal | 7-24-19 | − Denied Relief |
| D.C.F-1001-00297-G | 8-5-19 | 3-Comp Against staff | 8-13-19 | Unanswered |
| ARA-19-232-G | 7-23-19 | 6-Legal | 7-24-19 | Denied Relief |
| D.C.F-1001-00291 | 8-5-19 | 2-Classification | 8-13-19 | + Relief Granted |
| D.C.F-1001-00299 | 8-5-19 | 2-Classification | 8-13-19 | Unanswered |
| ARA-D.C.F-1001-00291 | 8-14-19 | 2-Classification (ARA) | 9-20-19 | resubmit pending |
| ARA-D.C.F-1001-00299 | 8-14-19 | 2-Classification (ARA) | 9-20-19 | resubmit pending |
| D.C.F-1001-00297-G | 8-20-19 | 3-Comp Against staff | 9-4-19 | Unanswered |
| D.C.F-1001-00138-G | 5-29-19 | 6-Legal | 6-4-18 | Unanswered |
| ARA-DC.F-1001-00138-G | 6-8-19 | 6-Legal | 6-22-18 | Not Sensitive/Emerg |
| D.C.F-1001-00170-G | 5-14-19 | 6-Legal | 6-13-19 | Relief Granted |
| D.C.F-1001-00255-G | 6-12-19 | 6-Legal | 6-24-19 | Unanswered |
| D.C.F-19-1001-00342-G | 8-29-19 | 3-Comp Against Staff | 9-12-19 | No reason |
| D.C.F-19-1001-00343-G | 8-29-19 | 3-Comp Against Staff | 9-12-19 | No reason |
| D.C.F-19-1001-00344-G | 8-29-19 | 3-Comp Against Staff | 9-12-19 | No reason |

I James Ezell pursuant to OP-090124 duly verified affidant made under penalty of discipline for lying to staff or perjury in court attached to grievance, states that all content of grievance are true and correct declared under penalty of perjury to above file grievances to best of offenders documents and knowlegde for Courts: /s/ James Ezell

Subscribed and Sworn to this 9 of 6 2019

Notary Public /s/ Carla Hoover    Commission 4-15-2023

CARLA HOOVER
NOTARY
# 11003473
EXP. 04/15/23
STATE OF OKLAHOMA
PUBLIC

EXHIBIT

EXHIBIT (4a) 6

| | | | | |
|---|---|---|---|---|
| D.C.F-19-1001-00342-G | 8-29-19 | 3-Comp Against Staff | 9-12-19 | NO reason |
| D.C.F-19-1001-00343-G | 8-29-19 | 3-Comp Against Staff | 9-12-19 | No reason |
| D.C.F-19-1001-00344-G | 8-29-19 | 3-Comp Against Staff | 9-12-19 | No reason |
| D.C.F-19-1001-00342-G | 9-16-19 | 3-Comp Against Staff | 10-9-19 | unanswered |
| D.C.F-19-1001-00343-G | 9-16-19 | 3-Comp Against Staff | 10-9-19 | unanswered |
| D.C.F-19-1001-00344-G | 9-16-19 | 3-Comp Against Staff | 10-9-19 | unanswered |
| ARA-D.C.F-1001-00299 | 9-23-19 | 2-Classification | 10-14-19 | Denied |
| ARA-D.C.F-1001-00291 | 9-23-19 | 2-Classification ← But See | | NO RESPONSE |
| ARA-D.C.F-1001-00297 | 9-23-19 | 3-Comp Against Staff | 10-14-19 | Denied |
| D.C.F-19-1001-00365 | 10-1-19 | 6-Comp Against Staff | 10-31-19 | unanswered |
| ARA-D.C.F-19-1001-00342-G | 10-14-19 | 3-Comp Against Staff ← But See | | NO RESPONSE |
| ARA-D.C.F-19-1001-00343-G | 10-14-19 | 6-Legal ← But See | | NO RESPONSE |
| ARA-D.C.F-19-1001-00344-G | 10-14-19 | 3-Comp Against Staff ← But See | | NO RESPONSE |
| ARA-DOC | 10-7-19 | 3-Comp Against Staff | | NO RESPONSE |
| D.C.F | 10-18-19 | 3-Comp Agan Staff | | NO RESPONSE |
| ARA-19-00337 | 10-21-19 | Sensitive Grievance | 10-31-19 | NOT Sensitive |

STATE OF OKLAHOMA )
) SS.
COUNTY OF HUGHES )

SWORN AFFIDAVIT OF JAMES EZELL : I James Ezell being of lawful age duly sworn according to law gives the following statement under oath to-wit:

(1) Affiant states D.O.C OP-090124 requires offenders to informally use 030101A forms, and D.O.C 090124D forms and obtain a response, affiant done that but D.C.F staff/ Law Library Supervior Ms. Patterson together with other staff refuse to deliver a response, and affiant has not received any Grievance Restriction supported on returned grievances as of today date August.16,2019 /S/

I James Ezell duly verified affidavit, made under penalty of discipline for lying to staff attached to grievance stating that all contents of grievance are true and correct to above file grievances to best of my knowledge
Subscribed and sworn to this 20th of August 2019    Date 8/20/19
Notary Public /S/ _James West_

JANIS E. WEST NOTARY # 19007081 EXP. 07/18/23 STATE OF OKLAHOMA

EXHIBIT #99

# INMATE/OFFENDER GRIEVANCE

Grievance no. __ARA-19-337__

Grievance code: _____

Response due: _____

---

**DO NOT WRITE ABOVE THIS LINE**

Date __10-4-19__                     Facility or Unit __D.C.F__

Name __James Ezell__                  Facility Housing Unit __Echo Charlie__
     (Print)

DOC Number __237370__          Date "Request to Staff" response received: __N.A__

Have you previously submitted a grievance on this same issue? __yes__ If yes, what date __9-16-19__, facility __OCID__, grievance # __N/A__. You must submit this completed original within <u>15 days</u> of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On August 29-19 Echo Charlie 3 grievances was provided to mailroom Supervisor Ms. West for D.C.F Grievance Coordinator Ms. Underwood verified August 30, 2019 of delivery per OP-090124 no response in 14 day have been recieved I am being affected by Denial of my First Amendment Right by D.C.F Reviewing Authority See Affidavit attached No response in 30 days

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
Deputy Warden Gentry doorside on 9-13-19 Echo Charlie.
Grievance Coordinator Ms. Underwood on 9-18-19 Echo Charlie doorside.

3.    The action you believe the reviewing authority may lawfully take.
Administrative Reviewing Authority may lawfully direct the Review Authority to respond to the Grievances submitted Justly as OP-090124

---

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
__Mark Knutson Designee__     __D.D.D.C ARA__

Name

__James Ezell III__        Title __10-7-19__

Signature of Grievant      Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

DOC 090124A (R 4/19)

EXHIBIT 14g 8



STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REVIEW AUTHORITY

ARA 19-337

Date:       OCTOBER 25, 2019

To:         EZELL, JAMES #237370

Location:   DCF

From:       Mark Knutson, Director's Designee    *Mark Knutson*

Your grievance/correspondence was filed improperly for the following reason(s):

|   |     |   |
|---|-----|---|
|   | 1.  | No reviewing authority response to the grievance. |
|   | 2.  | No informal action, Request to Staff response included. |
|   | 3.  | Out of time from date of alleged incident until filing Request to Staff. |
|   | 4.  | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority. |
|   | 5.  | Received out of time from date of the reviewing authority's response. |
|   | 6.  | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance). |
| X | 7.  | Inmate on grievance restriction and/or proper documentation not included. See OP-090124, section X.B.2.a. |
|   | 8.  | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins. |
|   | 9.  | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required). |
|   | 10. | Not an issue grievable to Oklahoma Department of Corrections (Private prison property, misconduct, litigation pending, not within/under the authority/control of the Department of Corrections) |
|   | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance. |
| X | 12. | Not of a sensitive/emergency nature. You must follow the standard grievance process including giving the reviewing authority an opportunity to respond. |
|   | 13. | Requests for disciplinary action against staff or monetary compensation will not be addressed in the grievance process. |
|   | 14. | Appeal form not signed/dated. |
|   | 15. | The ruling of the Administrative Review Authority or Director's Designee is final. |
|   | 16. | Facility grievance number not listed on the appeal form. |
|   | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office. |
|   | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. YOU ARE NOW OUT OF TIME. |
|   | 19. | You did not provide the date that you received the reviewing authority's response on the appeal form. |
|   | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
|   | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form. |
|   | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125Veffective 4/19). |
|   | 23. | You will be afforded ONE FINAL opportunity to properly resubmit your corrected grievance appeal which must be received in ARA within ten (10) days of receipt of this form. DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL. |
| X | 24. | Other: RE: "SENSITIVE" GRIEVANCE. YOUR AFFIDAVIT IS NOT ACCEPTABLE. |

THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response:_____*10-30-19*_____
Inmate's signature and date

P.O. BOX 11400
OKLAHOMA CITY, OK.  73136-0400

*NOTE: Affidavit is within Policy —— & Evidentiary Hearing — EXHIBIT 14a) cont. 8*

# DEPARTMENT OF CORRECTIONS OFFENSE REPORT

Name of Facility DCF

Facility Computer Code

## Section I

Inmate Name: James, ezell   DOC#: 237370   Date of Offense: 8/29/19   Time: 0810

Place of Offense: Echo Charlie   Housing Assignment: 102

Offense: (4-4233, b# 1, 2)   Offense Computer Code: 22

Class of Offense: A

Description of Incident (to include any unusual inmate behavior): (4-4233, b#3)
Inmate ezell DOC# 237370 was taken out of his cell to
the holding cage for law library purposes at that time
Inmate ezell stated he was not going back into his cell
and that he wanted to be moved — Refusing housing

Staff or Inmate Witness (if any) (4-4233, b#4) N/A

Disposition of Physical Evidence (if any) (4-4233, b#5) N/A

Immediate Action Taken (to include the use of force and prehearing detention) (4-4233, b#6) Offence Report

Printed Name and Title of Reporting Employee (4-4233, b#7)
Name Andrew Smith   Signature of Reporting Employee Andrew Smith

Title Corrections officer   Date 8/29/19   Time 0810

## Section II

| To be referred within 24 hours from the time the violation is reported. |
| --- |
| _____ Informal Resolution |
| _____ Dismissed |
| _____ Referred for investigation |
| Name _____ |
| Title _____ |
| Date 8/29/19 Time: 0915 |

## Section III Inmate should initial appropriate response

_____ I have received a copy of the written charge against me. I realize that I have a right to remain silent.

_____ I plead guilty and waive my right to an appeal.

JE  I plead not guilty.

JE  I plead not guilty and waive my right to 24 hours preparation time.

Inmate's Signature James ezell   DOC # 237370   Date 8/30/19   Time _____

_____ Inmate chose not to sign for a copy of the Offense Report at this time.

Offense Report Delivered to above inmate by (Print and Sign) _____   Date Delivered _____   Time Delivered _____
(4-4236, 4-4238)

NOTE: WITH RESPECT TO COURT THIS IS retaliatory behavior by D.C.F
To DETER Plaintiff from Law Library Cages and grievances Filed clear action of actual
DISCRIMINATION by threats and discipline page 6 claim 4

# DISCIPLINARY COORDINATOR'S REPORT

Investigating Officer (Print): _S&o Key_ _____ Date referred for investigation: _8-29-19_

Inmate Name and Number: _James 237320_ Date investigation completed: _8-30-19_

Offense: _Failure to obey_ Offense Code: _A22_ Date of Offense: _8-27-19_

Statement of inmate regarding offense: _I Had 6hr in law library cage, after those Hours I returned to EC-102 I told c/o Smith I was writting a ffadivit against him for retaliations videofootage placing me in a piss cage &_

☐ Inmate wishes to call witness/es ☒ Inmate does not wish to present witness

Name: _____ Can testify to: _____

Name: _____ Can testify to: _____

---

|  | YES | NO | (One box should be checked for each statement) |
|---|---|---|---|
| 1. | ☐ | ☒ | Inmate provided documentary evidence to investigator. If yes, state evidence. |
| 2. | ☐ | ☒ | Statement(s) provided by witness/es attached (or document refusal to provide information). |
| 3. | ☐ | ☒ | Discretionary action taken regarding witness testimony. Documentation/ justification attached. |
| 4. | ☒ | ☐ | Inmate has received photocopy/description of all evidence. |
| 5. | ☐ | ☒ | Written confidential witness testimony/evidence taken (not provided to inmate). |
| 6. | ☐ | ☒ | A staff representative will ONLY be appointed if inmate meets criteria specified in OP-060125 Section III. item A. Assignment of a staff representative is warranted. If so, assigned representative is: _____ |
| 7. | ☒ | ☐ | Inmate requested documentary evidence. If yes, state evidence: _____ _Video Review_ . If denied, state reason for denial: _No Auddio ← IT will show that piss cage were_ |
| 8. | ☒NA☒ | | CRC attached (front and back side) – not provided to the inmate _being cleane JE Court_ |

Additional facts discovered by investigator not in incident reports, evidence, and/or witness statements: _None, I/m James was informed that he altered a legal documents_

Disciplinary hearings will normally be scheduled on a docket which will commence within seven days from the date the disciplinary hearing officer receives the "Offense Report" from the disciplinary coordinator. Disciplinary dispositions for Class A & B offenses will be completed within seven days.

_8/31/19_ _07541 EC102_ _S&o Key_
Date of Hearing/Disposition | Time and Location of Hearing/Disposition | Signature of Disciplinary Coordinator

I acknowledge receipt of this report, all attachments, and the contents therein. (4-4238)

_[signature]_ Date _8/30/19_
Inmate's Signature

### Record of Delivery of Copies of Evidence To Inmate

Copies of the following items were delivered to _James_ DOC# _237370_

Offense Code _A22_  Date of Offense _8/29/19_

1. _Record of Delivery_
2. _Offense Report_
3. _Cordinators Report_
4. _Video Review – Denied No Audio_
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

_____    _5% Key_    _8 / 30 / 19_ / _0758_
Inmate's Signature           Disciplinary Coordinator's    Date          Time
                             Signature

Distribution
Original:  Commitment Document Folder with Offense Report
First Copy: Field File with Offense Report
Second Copy: Inmate with Offense Report

DOC 060125H (R 4/17)

EXHIBIT

(15 bb)

Tracking #: **19-2373D**

EC 102

## DISCIPLINARY DISPOSITION REPORT
### (CLASS A & B OFFENSES AND CLASS X GUILTY PLEAS)

**I.** Name of Facility **DCF**    Facility Code **7E**    Date of Violation **8/29/19**

Name of Inmate **Ezell**    **James**

      Last Name       First Name       M.I.

Violation **Failure to Obey**    Violation Code **22**    Class of Offense **A**

Disposition Date **9 / 3 / 19**   DOC # **237370**   Time **1132**   Place **EC 702**

**II.** I understand that I waive the opportunity of this case being appealed if I plead guilty to this offense.

X **James Ezell #**       **237370**

Inmate's Name       Number

PLEA: 1. Guilty _____ Inmate's Initials _____   2. Not Guilty **JE** Inmate's Initials **JE**

Confidential Statements: I have independently reviewed the reliability statement and have found that it sufficiently supports the reliability of the confidential witness statement(s).

Disciplinary Coordinator's Signature

12

**III.** Finding

1. Guilty **✓**    2. Not Guilty _____

Evidence relied on for finding of Guilt: (include a brief description of the offending behavior)
**Based on C/O Smith statement that Im Ezelle did state that he was not going back to his cell and that he wanted to be moved**

**IV.** Discipline Imposed:

| Sanction | Code | Suspension |
|---|---|---|
| **Phone 60** | **A01** | ___ for ___ days |
| | | ___ for ___ days |
| | | ___ for ___ days |
| | | ___ for ___ days |

Basis for discipline imposed: **To deter future rule violations**

Disciplinary Coordinator Printed Name and Signature **S8 Key S8 Ky**

**V.** As a result of conviction for subsequent offense prior to expiration of the suspended punishment, the previous suspended punishment is hereby revoked: to run consecutive to the new punishment.

Previous Violation: _____

Previous Punishment: 1. _____ 2. _____ 3. _____

Date of Imposition: ___ / ___ / ___

Facility Head Review **X** Affirm _____ Dismissed _____ Modified _____ Remanded

Date **9/4/19**   Signature _____

**VI.** I have received a copy of the disposition.   Date **9 / 16 / 19**

Inmate's Signature and Number **James Ezell # 237370**

Inmates pleading not guilty may appeal to the facility head/district supervisor within 15 days.

ORIGINAL: Commitment Document Folder
FIRST COPY: Field File
SECOND COPY: Inmate
THIRD COPY: Records

**EXHIBIT** 15c)

DOC 060125C-1 (R 4/17)

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF OKLAHOMA

State of oklahoma )
                  )  SS.  19-CV-302-JHP-SPS
County of Hughes  )

Sworn Affidavit of _JAMES EZELL_

I _JAMES EZELL_ Being of lawful age duly sworn
according to LAW gives the following statement under oath
to-wit:

1) The affiant is housed at P.L.F on Echo Charlie and from
EC-102 on August. 28, 2019 seen a offender from 230 230 EC
in the Law Library Cages and I asked him what you doing?
I am moving to EC-104 today. Affiant further states that I
asked offender EC-104 are you refusing housing he said yeah
I'm trying to get down their with my homeboy in EC-104.
2) Affiant further states Echo Unit Memebers made offender
stay in those cages from at least 9am to abt. 5:45 pm ½
Smith moved offender to EC-104 from EC-230 on August. 28, 2019
a little after this offender pissed in that cage.
3) Affiant further asserts that on August. 29, 2019 ½ Andrew Smith
placed affiant in that same pissed in Cage Aug. 29, 2019 for
Law Library at abt. 8:10 am , abr 9:45am affiant notice his legal
papers were water and called ½ Smith to the Cage affiant stated
you knowlngly and willingly placed me in this Cage intentionally
after that guy refused housing, and pissed in this cage yesterday
August. 28, 2019 on your shift move me out this cage finally
½ Smith moved me out the cage. ─→ ISl/James Ezell #H
Subscribed and Sworn to this __4__ of _september_ 2019
Notary Public IS[ Cendell wach ]
My Commission __4-15-2023__

EXHIBIT 15d)

## OFFENDER MISCONDUCT APPEAL FORM
## FOR CLASS A & B MISCONDUCTS

Appeal # 2019-1001-2373-D

I.  Name of Offender: <u>Ezell</u>       <u>James</u>      _____
                      Last Name             First Name      M.I.

Violation  <u>A-22</u>      Offense Date <u>08/29/19</u>     Disposition Date <u>09/03/19</u>     DOC # <u>237370</u>

II.     Review:

1. N/A   Offender provided written notice of the charge.

2. N/A   Offender provided at least 24 hours to prepare a response after receiving notice of the charge.

3 . N/A   Offender provided copies of evidence used. (except any confidential informant statements and only photocopies or written description of any physical evidence)

4. Yes   Offender afforded the opportunity to call witness/es.

5. Yes   Offender permitted to present documentary evidence.

6. N/A   Offender permitted to meet with disciplinary coordinator.  If not, is there documentation as to why not?

7. N/A   Was there a determination of the reliability of any confidential informant testimony?

8. N/A   Is there a written explanation of the evidence used for a determination of guilt?

9. Yes   Is there a written reason for the discipline imposed?

10. Yes   Is there "any/some" evidence of guilt?

11. N/A   If applicable, was a staff representative/mental health staff representative assigned?

12. Yes   No direct involvement in the alleged rule violation by the disciplinary coordinator?

Finding/Issues:

<u>You allege you were not:</u>

4.      permitted the opportunity to present relevant witness/es or to submit relevant written witness statements (You were permitted the opportunity to present relevant witness/es or to submit relevant written witness statements as evidenced by the Disciplinary Coordinator's Report.)
5.      permitted to present relevant documentary evidence (You were permitted to present relevant documentary evidence as evidenced by Number 1 on the Disciplinary Coordinator's Report.)
7.      provided a Disciplinary Coordinator who had no direct involvement in the alleged rule violation.  (You were provided a Disciplinary Coordinator with no direct involvement per OP 060125)

<u>You allege there was no:</u>
3.      written reason for the discipline imposed (There is a written reason for the discipline imposed is documented in Section IV of the Disciplinary Disposition Report.)
4.      evidence (A copy of all of the reports and attachments were provided to you prior to the hearing as evidenced by Number 4 on the Disciplinary Coordinator's Report and Record of Delivery of copies of Evidence to Inmate.)

Reviewer's Printed Name and Signature: _____ /10/7/2019
                               Terry Underwood              Date

III. Facility Head Action:
1. Affirm ☒      2. Dismissed ☐      3. Remand ☐      4. Modified ☐

Printed Name and Signature _____ ⟋ 10/8/19
                        James Yates, Warden               Date

IV.                  _____ | 10-9-19
                 Offender Signature/Number    Date

                 _____ | _____
                 Staff Witness              Date

Original:  Commitment Folder
First Copy: Field File
Second Copy: Offender

DOC 060125L-1
Page 2 or 2
(R 4/17)

EXHIBIT 15e)



# OFFENDER'S MISCONDUCT APPEAL FORM FOR CLASS A & B MISCONDUCTS

Date: _8-16-19_ Facility Housing Unit: _Echo 2C-102_ Facility Where Offense Occurred: _D.C F/Echo Max_

Name: _James Ezell III_ DOC Number: _237310_

Date of Offense: _8-29-19_ Offense: _Failure to obey_ Class of Offense: _A-22_

Date of Disciplinary Decision: _9-3-19_ Punishment Imposed: _60 days Phone Restriction_

Appeal Form Sent To: _James Yates_ Title: _Warden_

You must file your appeal to the facility head/district supervisor within 15 calendar days of receipt of DOC 060125_, notifying you of finding of guilt and/or punishment. The appeal is a review and you are limited to those grounds below, you must identify which ground is the basis for your appeal. Any alleged failure to strictly follow department procedures is not grounds for appeal. You may use the back side of this form and, if necessary, no more than one 8½" x 11" page as an attachment. Do not attach copies of DOC or facility procedures or administrative memoranda, cases from law books, or any Department publication. Any issue not raised is waived. Appeals will be submitted in blue or black ink. Do not use highlighters. Do not write in the margins of this form.

## GROUNDS FOR APPEAL:

A. I was not:

1. ☐ provided written notice of the charge

2. ☐ provided at least 24 hours to prepare a defense

3. ☐ provided copies of evidence and/or reports (except any confidential testimony/evidence)

4. ☑ permitted the opportunity to present relevant witness/es or to submit relevant written witness statements

5. ☑ permitted to present relevant documentary evidence

6. ☐ permitted to meet with the disciplinary coordinator prior to his/her decision

7. ☑ provided a disciplinary coordinator who had no direct involvement in the alleged rule violation

B. There was no:

1. ☐ determination of the reliability of any confidential witness testimony

2. ☐ written statement of the evidence utilized for a determination of guilt

3. ☑ written reason for the discipline imposed

4. ☑ evidence

5. ☐ staff representative assigned (if applicable)

RECEIVED
SEP 18 2019
BY: _TU_

_9-12-19_
Date Sent

_James Ezell III_
Signature of Offender

DOC 060125L-1
Page 1 of 2

EXHIBIT _15 f_

<u>First</u> see D.O.C OP-090124 III. D. Reprisals, Conspiracy by Ms.Patterson L.L
Ms. Ade Echo 4/m threaten me with Misconduct and Ms. Hoover Access To Court related
Deputy Warden Perez also threaten with Misconduct [based on Law Library].

[That alone violates Mr. Ezells First, Sixth and Fourteenth Amendment of U.S. Const].

A. offender Ezell was <u>not permitted</u> #4).
on 8-30-19 I requested to permitt other offender that actually refused housing on Echo Charlie
one on 8-88-19 was in Echo L.L Cages and C/o Smith worked Echo Charlie [no misconduct written]
by C/o Smith, C/m Pfaff and or 4/m Ade, the investigator Sgt Key denied this request #4 relevant
written witness affidavit" and #(5).

#5). permitted relevant documentary evidence. the video footage was denied by Sgt Key
the investigator and disciplinary Coordinator S. C/o Key denys [substantial due process]
pursuant to <u>Wolff v. McDonnell</u>, <u>Waldron v. Evan</u>, OP-060125.

#7).
S C/o Key was the investigator on 8-30-19 and S C/o Key was the disciplinary
Coordinator on 9-3-19 violates offender Ezell #237370 substantial due process right
pursuant to <u>Wolff v. McDonnell</u>;

NOTE: At doorside S.C/oKey ~~stated to offender Ezell "you are a Bitch"~~ on EC-102 reported
to J.C Colbert D.O.C contract monitor, and chief Brown [affidavits written] this is ongoing
continue "retaliation" discrimination" by Echo ~~U/m~~ Staff, Hoover C/o Smith

RECEIVED
SEP 18 2019
BY: ..........................

B. There was no

#4. evidence
offender Ezell live in <u>EC-102</u> at 8:30-900 am offender was was pulled from EC-102
for Echo Law Library on 8-89-19 for 6hrs after 2:00pm count offender Ezell was placed
in EC-102 after Law Library time was up. If C/o Smith gave offender Ezell on Order
after placing him in Law Library Cage it would be a violation of Mr. Ezells D.O.C
OP-030115 and to write an Misconduct would be retaliation for filed grievances this
deter offenders of <u>First Amendment Right</u>; S C/o Key used Evidence relied on C/o Smith
Statement offender Ezell was placed in L.L. cage offender had 6hrs Deadline 030115
[Now for the discrimination] C/o Smith Statement written reason used by S C/o Key
the investigator and disciplinary Coordinator denied A. 4.) 5.) and 7.)

B. #4 and #3 violates offender [substantial Due Process] this Misconduct
is nothing more then retaliatory action by <u>C/m Pfaff</u> <u>U/m Ade</u> and <u>C/o Smith</u>
and clear Discimination Affidavits" from other offenders Ex.

NOTE: No Contract Monitor signature of approval on [9-4-19, 9-16-19]

J.E. 2of 2 copy-EXHIBIT.