In The United States District Court
For The Eastern District of Oklahoma

Please Provide Copy

FILED
JUN 15 2020
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

James Ezell
  Plaintiff
V.

6:19-CV-302-RAW-SPS

DAMON HININGER et.al
  Defendants

### Plaintiff Third MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. Plaintiff has requested leave to proceed in forma pauperis

2. Plaintiff's imprisonment will greatly limit his ability to litigate. Since November 1, 2019 defendants has denied access to court pursuant to D.O.C OP-030115 policy the issues involved in this case are complex, and will require significant research and investigation, especially when defendants are fleeing from one prison to another to avoid served U.S.M service.
Plaintiff has limited access to the law library and limited knowledge of the law. (A)

Defendants Mr. Vance and Mr. Adkin whom was employee in O.D.O.C — O.S.P before he fled to D.C.F now fled again.

3. A trial in this case will likely involve conflicting testimony and counsel would better enable plaintiff to present evidence (see) attachment offender/plaintiff restricted from video recording viewing, and appointment of counsel would save plaintiff from future injury from defendants labelling plaintiff a snitch for filing grievances and cross examine witnesses are very complex and crucial

4. Plaintiff has made repeated effort to obtain a lawyer (B) personally and requested Pro Bono Net http://www.lawhelp.org through prison law Library and was denied.

WHEREFORE plaintiff request that the court appoint _Michael Arnett_ a member of the _Oklahoma_ — Bar as counsel in this case (C)

_6-10-2020_
_James Ezell_
_D.C.F EA-219_
_6888 E 133rd Rd_
_Holdenville OK 74848_

I declare on ____ of _____ 20__ the above was submitted to court clerk for filing under penalty of perjury pursuant to 28 U.S.C § 1746

/s/ James Ezell





## CORRECTIONS CORPORATION OF AMERICA
## Davis Correctional Facility

To:     ALL CONCERNED
From:   Kevin Brown, Chief of Security
Date:   Jan, 24, 2018
Ref:    Viewing of CCTV by offenders

---

Offenders will be restricted from viewing any video recorded on our camera system at Davis Correctional Facility. This restriction is to maintain the integrity of our system and not to disclose any blind spots of field of view to offenders. When utilized as evidence for an offence report, the investigator is to view the video and complete the appropriate paperwork for viewing the evidence. A copy of the memo should be attached to any offense report in which video footage is utilized as evidence.

attachment