In The United States District Court
For The Eastern District of Oklahoma

James Ezell III
    Plaintiff

v.                                          6:19-CV-00302-JFH-SPS

Damon Hininger et. al
    Defendants

FILED
MAY 10 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

## Plaintiff Objection To Order Granting Defendants Motion To Depose

Comes now plaintiff prose' pursuant to 28 U.S.C. § 636(b)(1) now specifically identifying the portions of his objection is made as stated:

1. On April. 28, 21 plaintiff recieved [doc 159] Order granting defendant Motion to depose plaintiff first document recieved concerning this matter

2. Plaintiff objects whereas the defendant never provided plaintiff their Motion to have an opportunity to respond per Fed. R. Civ. P. and or object with reasons to any Motion to depose

3. Plaintiff objects to defendants Motion to depose plaintiff without appointment of counsel as this would fundamental be unfair and violate plaintiff 5th Amendment Right without counsel appointed

4. The plaintiff is representing himself in present case at this time plaintiff has been label a snitch for filing grievances here at this facility D.C.F and was addressed by (one) of his celly that defendant Underwood told him that I was snitching when plaintiff advised Warden Gentry of Echo Unit Law Clerk.

5. The plaintiff objects to the defendant unfair tactics disregarding Fed. R. Civ. P. as plaintiff is a party as plaintiff objects without counsel the plaintiff welcomes the invite with counsel appointed.

I declare on 29th of April 21 under penalty of purgery the above objection was mailed soon as plaintiff received [doc 159] on April. 28, 21 pursuant to 28 U.S.C § 1746 b/ /s/ J