IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES EZELL, III,

        Plaintiff,

vs.

JAMES YATES, et al.,

        Defendants.

Case No. CIV-19-302-JFH-SPS

## ERRATA/CORRECTION.

COME NOW Defendants Ade, Bullock, Gentry, Hininger, Hoover, Keys, Patterson, Perez, Pfaff, Pierce, Smith, Underwood, and Yates by and through their attorney of record, Darrell L. Moore, OBA #6332, of J. Ralph Moore, P.C., and hereby submits their errata/correction to the Defendants' Application for Extension of Scheduling Dates (Document Number 169).

In ¶ number 1 of the Application, Defendants by scriveners' error indicated to the Court that the current discovery deadline established by the Court was Monday, November 30, 2020. Instead, the current discovery deadline established by the Court is May 15, 2021. See Document Number 145.

        Respectfully submitted,
        Ade, Bullock, Gentry, Hininger, Hoover, Keys,
        Patterson, Perez, Pfaff, Pierce, Smith, Underwood, and
        Yates.

BY: _____
Darrell L. Moore, OBA #6332
P.O. Box 368
Pryor, OK  74362
Tele: (918) 825-0332//Fax: (918) 825-7730
darrellmoore@jralphmoorepc.com
Attorney for Defendants

## Certificate of Service

I hereby certify that on May 14, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

All Counsel of Record

☑ I hereby certify that on May 14, 2021, I served the attached document by regular US Mail on the following, who are not registered participants of the ECF System:

James Ezell, III, DOC# 237370
Davis Correctional Facility
6888 E 133rd Rd
Holdenville, OK 74848-9033

_____
DARRELL L. MOORE

2