In The United States District Court
For The Eastern District of Oklahoma

James Ezell
            Plaintiff

                              FILED

V.
                    MAY 19 2021          MOTION FOR AN ORDER
                                          COMPELLING DISCOVERY
                    PATRICK KEANEY
                    Clerk, U.S District Court
Damon Hininger et al   By_____        CASE NO. 6:19-Cv-00302 JFH-SPS
            Defendants      Deputy Clerk

Plaintiff moves this court for an order pursuant to Rule 37(a)
Fed. R.C.P. compelling defendants to specifically produce video footage as
plaintiff has submitted a written request for documents pursuant to Fed. R.C.P.
by mail to defendants attorneys Desiree D. Singer and Darrell L. Moore on 21th of
April 2021. Defendants Damon Hininger Ceo of Core Civic, Warden's Yates, Gentry
and Chief of Security K. Brown et. al at Davis Correctional Facility, In addition
Defendants Scott Crow Director of O.D.O.C, Warden Jason Bryant and chief
of Security J. Barker et. al at James Crabtree Correctional Center
      Plaintiff submitted a written request for video footage pursuant to
Rule 33, 34 and 37 as stated above but have not received video footage
for inspection
      See [Doc 135-15] OP-050108 V. B. 4. (A) States DVD's will be forwarded
to the office of General Counsel for safe keeping pending the resolution
of the lawsuit

Plaintiff prays this Court issue Order upon defendants to produce the
video footages requested.

I declare certify that on 12th of May 21 under penalty of perjury pursuant to
28 U.S.C.S 1746 was mailed [s] James Ezell