In The United States District Court
For The Eastern District of Oklahoma

James Ezell
　　Plaintiff

V.

Damon Hininger
　　Defendants

Case No 6:19-CV-00302-JFH-SPS

FILED
MAY 26 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

Objection to Order Granting Plaintiff Motion For Additional Time of 21 days to Respond to Defendants [136] by [155]

Comes now plaintiff pursuant to Fed. R. Civ. P. 28 U.S.C. § 636(b)(1) specifically identifying the portion of his objection is made

1. Plaintiff received [doc 155] on May. 17, 2021 at D.C.F on Order plaintiff was granted 21 days to respond to [doc 136] plaintiff was transfered from (D.C.F) to (L.C.F) on May. 19 2021 as the Defendant held plaintiff property at (D.C.F) all relevant necessary document relate to above case and personal property.

2. Plaintiff mades this objection to Order granting 21 days from May. 12, 2021 as plaintiff was transfer with (1) other offender on May. 19, 2021 whom had all his property

transfered with him D. Johnson and plaintiff Ezell was not transfered with his property", this was done to twart and hindered by defendant's withholding my property.

I James Ezell declare on 25th of May 21 under penalty of perjury pursuant to 28 U.S.C. § 1746 the above objection was mailed to Court Clerk of E.D. of Oklahoma at

P.O. Box 607
Muskogee ok. 74402-

/s/ J-Ezell

In The United States District Court
For The Eastern District of Oklahoma

James Ezell III
    Plaintiff

v.

                              Case No 6:19-CV-00302-JFH-SPS

Damon Hininger
    Defendants

State of Oklahoma ) ss
County of Hughes )

### Affidavit James Ezell

I James Ezell undersigned being duly sworn depose and states;

1. The affiant above and another offender transferred from (D.C.F) on Thursday 19th of May 2021, on this day intake packed the other offenders Johnson property but did not packs the affiant property but transfered plaintiff to Lawton Correctional Facility placing plaintiff on House 2.

2. The affiant was told at 5:45 am on 5-19-21 to pack his property to be taking to intake because he was transfering and

3. The affiant ask offender D. Johnson did he see that (my) the affiant property was not packed. offender D. Johnson will testify to this

4. The affiant know offender Ricky Green housed at D.C.F went out to court and upon returning to D.C.F went through his legal document, property and was missing things and will testify, the affiant asserts that the necessary document to respond to [doc 136] as well as all his personal property and this was done with evil intent.

I declare on 25th of May 21 the above affidavit was placed in mail from New address at L.C.F under penalty of perjury pursuant to 28 USC § 1746 the above is true and correct. s/ JE III

James Ezell III 237370
Lawton Correction Facility
8607 SE. Flowermound Road
Lawton OK 73501