IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

JAMES EZELL, III,
            Plaintiff,

v.

JAMES YATES, et al.,
            Defendants.

FILED
DEC 6 2021
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

Case No. 19-CV-302-JHP-SPS

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESET SCHEDULING ORDER ON SEPTEMBER 21, 2021**

COMES NOW JAMES Ezell, Plaintiff appearing pro se in the above entitled case moves with this motion pursuant to LCv.R. 7.1(i)

1.) The Court Set Scheduling Order on Sept. 21, 2021, see: Dkt No. 187.

2.) Plaintiff has not requested any other extensions in this proceeding of Scheduling Order.

3.) Due to my lack of understanding of the discovery rules I am unable to navigate the discovery rules an the inmate assistant that was helping me was recently transferred.

4.) Plaintiff do not know whether the Defendants would object, I have not contacted Defendants attorney.

5.) Plaintiff has no knowledge of any objections that has been made in this matter.

6.) There has not been a trial date set for this matter.

Wherefore Plaintiff request by motion for this Honorable Court to Re-set the Scheduling Order.

Respectfully submitted,

James Ezell

## Certificate of Service

I hereby certify that on 12-1-21 I mailed a true and correct copy of the above document to the Court Clerk, request that this document be forward to the below attorney using the ECF system to electronically transmit this document to the attorney(s) on record.

Darrell L. Moore - darrellmoore@jralphmoorepc.com, joglesby@jralphmoorepc.com

J. Ezell