IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES EZELL III,
       PLAINTIFF

V.

James Yates ET, AL
       DEFENDANTS

CASE NO. 19-CV-307-JHP-SPS

FILED
FEB 22 2022
PATRICK ALANEY
Clerk, U.S District Court
By _____ Deputy Clerk

REQUESTING ANOTHER INTENTION IN TIME

COMES NOW, JAMES EZELL III PURSUANT TO FED. RULES OF CIVIL PROCEDURES REQUESTING AN INTENTION OF TIME FOR 1. DUE TO SHORT STAFF 2. SNOW DAYS PLAINTIFF WAS NOT ALLOWED IN LAW LIBRARY AT FACILITY(LCF), 3. EVEN ON DAYS OF PLAINTIFF ASSIGNED LAW LIBRARY EVERY TUESDAY FROM 8:30 TO 11:00 WHEN ALLOWED OFF THE UNIT AS WELL AS DEADLINE DAYS EVERY WEDNESDAY..

4. THE PLAINTIFF MAKES THIS REQUEST IN GOOD FAITH AND INCIDENTS OF PRISON RECORDS WOULD SUPPORT THAT NOT ONLY THE ABOVE SHOULD BE CONSIDER THE UNIT PLAINTIFF IS HOUSED HAS BEEN LOCKED DOWN IN A NUMBER OF INCIDENTS UNTIL THE FACILITY RESOLVED THE INCIDENTS.

I James Ezell III CERTIFY THAT A TRUE CORRECT COPY WAS MAILED TO THE COURT CLERK OF THE THE EASTERN DISTRICT COURT IN THE ABOVE CASE PURSUANT 28 U S C SS 1746 ON THE PENTLY OF PERJURY

/S/ _____ 2-9-22