IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES EZELL III,

    Plaintiff

v.

DAMON HININGER, et al.,

    Defendants

19-CV-302-JFH-JAR

FILED

FEB 9 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

Plaintiff Files This Motion As A Request of The Court To —
<u>Reconsider Opinion And Order</u>

Comes Now Plaintiff James Ezell prose Requesting of the Court to Reconsider <u>Opinion And Order</u> issued on 1/25/23 pursuant to any (and) all <s>Fed.</s> R. of Civil. P

1. Plaintiff is a prisoner of Oklahoma Department of Corr housed at Lawton Correctional Facility were 1,600 was mailed to Michael Arnett in March 2022- cashed in April 2022 to represent offender Ezell in the above case inwhich No <s>appearance</s> was file before his death.

2. Plaintiff attached information that (he) contacted the Oklahoma Bar Association office of the General Counsel (all) of court documentation File in this Court was either at <u>Arnett Law Firm</u>, General Counsel office Plaintiff Sixth Amendment Rights in this matter are in Question. and <s>Issued</s> for Higher Courts I pray.

# **VERIFICATION**

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct. Title 12 O.S. .Supp. 2004, § 426. *See also*, Rule 1.13, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch. 18, App. (2005). Executed by the Petitioner at the Lawton Correctional Facility, 8607 S.E. Flower Mound Road, Lawton, Oklahoma, 73501, on the Feb day of 2-5-, 2023.

_____James Ezeli_____          _____/s/ Ezeli_____
(Print Name of Petitioner/Appellant)          (Petitioner / Appellant)

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel



July 26, 2022

James Ezell III
237370 Seg-B-2088607 S.E. Flowermound Rd.
Lawton, OK 73501

RE:   Grievance against M. Michael Arnett, IC-22-499

Dear Mr. Ezell:

We have received your grievance against the above-referenced attorney.

We are not treating your letter as a formal complaint at this time. Instead, we are sending M. Michael Arnett a copy of your letter and requesting he communicate with you or if you have an attorney, with your attorney, in writing as soon as possible but within at most two weeks, about the matters set out in your letter. We are also requesting Mr. Arnett to send us a copy of the correspondence.

We are sure that, in this manner, the complaints made in your letter will be addressed and, consequently, it may not be necessary for the General Counsel's office to conduct a formal investigation.

If you fail to hear from M. Michael Arnett within two weeks, please notify us **in writing** so that we may again review this matter.

Sincerely,

Loraine DillinderFarabow
First Assistant General Counsel

LDF/ba

www.okbar.org

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

